UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| G.E.S., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-1412 JSD |
| | ) | |
| CITY OF FLORISSANT, *et al.*, | ) | [Lead Case, Consolidated] |
| | ) | |
| Defendants. | ) | |

## DEFENDANT JULIAN ALCALA'S STATUS REPORT TO THE COURT

Defendant Julian Alcala, by and through counsel, submits the following for his Status Report as ordered by the Court in its Memorandum and Order granting a stay of proceedings (Doc. No. 28):

STATUS REPORT
September 10, 2025

1. Defendant Julian Alcala's criminal case, *United States of America v. Julian Alcala*, is before Magistrate Judge Stephen R. Welby in the U.S. District Court, Eastern District of Missouri, Case No. 4:24-CR-00594-HEA/SRW.

2. Defendant Alcala is represented in the above-cited criminal case by Scott Rosenblum, Jeffrey Becker, and Cameron Valdez, each of the law firm Rosenblum Schwartz, P.C., in Clayton, Missouri.

3. Since July 11, 2025 (*see* Doc. No. 52), the only known activity in the criminal case is as follows:

    a. On September 9, 2025, Defendant Alcala filed a Motion to Travel, (from September 11 to September 14, 2025); and

    b. On September 9, 2025, Defendant Alcala filed a Motion for Extension of Time to File Pretrial Motions, seeking an additional thirty (30) days from

the existing September 9, 2025, deadline and representing the consent of the Assistant United States Attorney.

4. As of the date and time of this Status Report, the Court's docket reflects no further activity.

5. Defendant Alcala's criminal case is not currently set for trial.

6. Undersigned counsel suggests that the next Status Report will be filed in approximately sixty (60) days and no later than Monday, November 10, 2025, or upon completion of the criminal case, if earlier. (*See* Doc. No. 28 at 7.)

Respectfully submitted,

**HELLMICH, HILL & RETTER, LLC**

_____
**JASON S. RETTER**
Bar No. 59683

1049 North Clay Avenue
Kirkwood, Missouri 63122
Phone: 314 646 1110
Email: jason@hellmichhillretter.com
*Attorneys for Defendant Alcala*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 10, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of this Court's electronic filing system upon all counsel of record.

_____
JASON S. RETTER