IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE *et. al.*, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Cause No. 4:24-CV-1412 JSD |
| CITY OF FLORISSANT, MISSOURI | ) |
| | ) |
| and | ) |
| | ) |
| JULIAN ALCALA, | ) |
| *in his individual capacity,* | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Brandy B. Barth of Newton Barth, L.L.P. and hereby enters her appearance as co-counsel on behalf of the Plaintiffs, Jane Doe, Jane Doe 8, and Jane Doe 9.

    Respectfully submitted,

    **NEWTON BARTH, L.L.P**

By: */s/ Brandy B. Barth*
Brandy B. Barth, MO56668
brandy@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office
*Attorney for Plaintiffs Jane Doe, Jane Doe 8, and Jane Doe 9*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's filing system this 16th day of October 2025.

       /s/ *Brandy B. Barth*