UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| G.E.S., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-1412 JSD |
| | ) | |
| CITY OF FLORISSANT, *et al.*, | ) | [Lead Case, Consolidated] |
| | ) | |
| Defendants. | ) | |

## DEFENDANT JULIAN ALCALA'S STATUS REPORT TO THE COURT

Defendant Julian Alcala, by and through counsel, submits the following for his Status Report as ordered by the Court in its Memorandum and Order granting a stay of proceedings (Doc. No. 28):

STATUS REPORT
November 10, 2025

1. Defendant Julian Alcala's criminal case, *United States of America v. Julian Alcala*, is now before District Judge Henry E. Autrey in the U.S. District Court, Eastern District of Missouri, Case No. 4:24-CR-00594-HEA/SRW.

2. Defendant Alcala is represented in the above-cited criminal case by Scott Rosenblum, Jeffrey Becker, and Cameron Valdez, each of the law firm Rosenblum Schwartz, P.C., in Clayton, Missouri.

3. Since September 10, 2025 (*see* Doc. No. 53), the only known activity in the criminal case is as follows:

   a. On September 10, 2025, the Court granted Defendant Alcala's Motion to Travel, (from September 11 to September 14, 2025); and

   b. On September 11, 2025, the Court granted Defendant Alcala's Motion for Extension of Time to File Pretrial Motions;

  c. On October 10, 2025, Defendant Alcala filed a Waiver of Filing Pretrial Motions; and

  d. On October 14, 2025, the criminal case was transferred from Magistrate Judge Stephen R. Welby to District Judge Henry E. Autrey and set for a jury trial November 24, 2025.

4. Undersigned counsel suggests that the next Status Report will be filed in approximately sixty (60) days and no later than Friday, January 9, 2026, or upon completion of the criminal case, if earlier. (*See* Doc. No. 28 at 7.)

        Respectfully submitted,

        **HELLMICH, HILL & RETTER, LLC**

        _____
        **JASON S. RETTER**
        Bar No. 59683

        1049 North Clay Avenue
        Kirkwood, Missouri 63122
        Phone: 314 646 1110
        Email: jason@hellmichhillretter.com
        *Attorneys for Defendant Alcala*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of this Court's electronic filing system upon all counsel of record.

_____
JASON S. RETTER