## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| G.E.S., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-1412 JSD |
| | ) | |
| CITY OF FLORISSANT, *et al.*, | ) | [Lead Case, Consolidated] |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Jason S. Retter, of the law firm of Hellmich, Hill & Retter, LLC, hereby respectfully moves the Court for an order granting leave to withdraw as counsel of record for Defendant Julian Alcala in the above-captioned case and all cases consolidated under this lead case. Should the Court require any further information related to this Motion, undersigned counsel respectfully suggests an *in camera* conference with the Court as the most appropriate setting.

Defendant Alcala respectfully prays for thirty (30) days to obtain new counsel and to provide notice of same to the Court.

Respectfully submitted,

**HELLMICH, HILL & RETTER, LLC**

_____
**JASON S. RETTER**
Bar No. 59683

1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110
jason@hellmichhillretter.com
*Attorneys for Defendant Alcala*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 18, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of this Court's electronic filing system upon all counsel of record.

    I further certify that a copy of this same Motion has been mailed to Defendant Julian Alcala via email and via U.S.P.S. to Defendant's residential address.

_____
JASON S. RETTER