# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| G.E.S., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF FLORISSANT<br><br>and<br><br>JULIAN ALCALA,<br><br>　　　　　Defendants. | Civil Action No. 4:24-cv-1412-JSD<br><br>Lead Case |

## ORDER

On December 18, 2025, Plaintiffs filed a Motion for Leave to File Third Amended Complaint, and for Leave to Add T.L.A. as Party Plaintiff with Written Consent of Defendants (ECF No. 57). The Court has not yet granted that Motion but Plaintiffs prematurely filed the Third Amended Complaint (ECF No. 58). On January 5, 2026, Plaintiff filed a Motion to Change her Initials in the Court Record from T.L.A. to T.L.H. (ECF No. 65).

Given that Plaintiff T.L.A. has changed her name to T.L.H., the Court grants the Motion for Leave to File Third Amended Complaint and, for Leave to Add T.L.A. as Party Plaintiff with Written Consent of Defendants (ECF No. 57) in part. To make sure the record in this case is clear, the Court will strike the Third Amended Complaint (ECF No. 58) and orders Plaintiffs to file a revised Third Amended Complaint with the correct information for T.L.H.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Third Amended Complaint, and for Leave to Add T.L.A. as Party Plaintiff with Written Consent of Defendants

(ECF No. 57) is **GRANTED**, in part.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Change her Initials in the Court Record from T.L.A. to T.L.H. (ECF No. 65) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Third Amended Complaint (ECF No. 58) is **STRICKEN**. Plaintiffs shall file a corrected Third Amended Complaint no later than **January 8, 2026**.

.

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 6th day of January, 2026.