**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| G.E.S., et al., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | Case No.: 4:24-cv-01412-JSD |
| v. | ) | |
| | ) | |
| CITY OF FLORISSANT, MISSOURI, | ) | (Consolidated with 4:24-cv-01445; 4:24-cv- |
| | ) | 01528; 4:24-cv-01571 and 4:25-cv-73; |
| | ) | 4:25-cv-193) |
| and | ) | |
| | ) | |
| JULIAN ALCALA | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S VOLUNTARY DISMISSAL**

COMES NOW, all Plaintiffs', by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), and with this stipulation signed by all parties who have appeared, all Plaintiffs hereby dismiss all claims against all Defendants, with prejudice. Each party to bear his, her, its own costs.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

By:     /s/ J.C. Pleban
          J.C. Pleban, #63166
          jc@plebanlaw.com
          C. John Pleban, #24190
          cpleban@plebanlaw.com
          2010 South Big Bend Blvd.
          St. Louis, MO  63117
          Telephone:     (314) 645-6666
          Facsimile:     (314) 645-7376
          *Attorneys for Plaintiffs*

And:

/s/  Talmage E. Newton
Talmage E. Newton , IV
NEWTON BARTH LLP
555 Washington Avenue
Suite 420
St. Louis, MO 63101
314-272-4490
Fax: 314-762-6710
talmage@newtonbarth.com

/s/   Justin K. Summary
Justin K. Summary
THE SUMMARY LAW FIRM
4542 W. Pine Blvd.
Saint Louis, MO 63108
314-361-5678
Fax: 314-828-8292
justin@summarylawfirm.com

/s/   Christopher A. Allen
Christopher A. Allen
ALLEN INJURY LAW LLC
7800 Forsyth Blvd.
Suite 600
Clayton, MO 63105
314-300-8380
Fax: 314-476-9533
callen@alleninjury.com

/s/   Clark L. Jones
Clark L. Jones
JONES POWELL LLC
414 E. Broadway
Suite 200
Columbia, MO 65201
573-449-2451
clj@11-7law.com

/s/ W. Bevis Schock
W. Bevis Schock
SCHOCK LAW
7777 Bonhomme Avenue
Suite 1300
St. Louis, MO 63105
314-726-2322
Fax: 314-721-1698
wbschock@schocklaw.com

/s/ Robert T. Plunkert
Robert T. Plunkert
PITZER SNODGRASS PC
100 S. Fourth Street
Suite 400
St. Louis, MO 63102-1821
314-335-1306
Fax: 314-335-1306
plunkert@pspclaw.com

/s/  Jason S. Retter
Jason S. Retter
HELLMICH HILL LLC
1049 N. Clay Ave.
Kirkwood, MO 63122
314-646-1110
Fax: 314-646-1122
jason@hellmichhillretter.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's electronic filing system this 31st day of July, 2026.

__/s/ J.C. Pleban_____